United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZATREA EVANS, | No. C-08-4993 MMC |
| Plaintiff, | **ORDER DENYING STIPULATED REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE** |
| v. | |
| ALLIEDBARTON SECURITY SERVICES, LP, et al., | |
| Defendants. | |

The Court is in receipt of the parties' Stipulation to Appear at Case Management Conference via Telephone, filed March 27, 2009. Having read and considered the stipulation, the Court hereby DENIES the relief sought therein. Local counsel for defendants AlliedBarton Security Services, LP and Kelly Murcray, however, may appear for said defendants in lieu of out-of-state counsel.

**IT IS SO ORDERED.**

Dated: March 30, 2009

_____
MAXINE M. CHESNEY
United States District Judge