IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZATREA EVANS, | No. C-08-4993 MMC |
| Plaintiff, | **ORDER VACATING JUNE 12, 2009 HEARING** |
| v. | |
| ALLIEDBARTON SECURITY SERVICES, LLP, et al., | |
| Defendants. | |

Before the Court is plaintiff's "Motion for Order Remanding Case to State Court and Award of Attorneys' Fees and Costs," filed May 2, 2009. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision thereon and hereby VACATES the hearing scheduled for June 12, 2009.

**IT IS SO ORDERED.**

Dated: June 9, 2009

_____
MAXINE M. CHESNEY
United States District Judge