United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZATREA EVANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLIEDBARTON SECURITY SERVICES, LLP, et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C 08-4993 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT ALLIEDBARTON SECURITY SERVICES, LP'S MOTION TO COMPEL DISCOVERY AND FOR COSTS** |

　　　　Pursuant to Civil Local Rule 72-1, defendant AlliedBarton Security Services, LP's "Motion to Compel Discovery and for Costs," filed June 5, 2009, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

　　　　Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

　　　　**IT IS SO ORDERED**.

Dated: June 11, 2009

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The July 10, 2009 hearing date before the undersigned is VACATED.