| | | |
|---|---|---|
| DONNA L. KEETON<br>(404) 909-8121<br>dkeeton@martensonlaw.com | **MARTENSON, HASBROUCK & SIMON LLP**<br>ATTORNEYS AT LAW<br>3379 PEACHTREE ROAD, N.E.<br>SUITE 400<br>ATLANTA, GEORGIA 30326<br>TELEPHONE (404) 909-8100<br>FACSIMILE (404) 909-8120 | LABOR & EMPLOYMENT LAW<br>AND RELATED LITIGATION |

July 28, 2009

**VIA ECF**
Hon. James Larson
United States Magistrate Judge
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   <u>Zatrea Evans v. AlliedBarton Security Services, et al.</u>
      Case No. C-08-4993 (MMC)

Dear Magistrate Judge Larson:

Defendant AlliedBarton Security Services, LP ("AlliedBarton") previously filed a Motion to Compel Discovery and For Costs (Doc. No. 43), which is currently set for hearing on July 29, 2009, at 9:30 a.m. (<u>See</u> Doc. No. 47.) Since my Firm is located in Georgia and Plaintiff had failed to respond timely to that Motion, AlliedBarton had intended to allow its local counsel, Nancy Berner, to attend the July 29, 2009 hearing.

However, at approximately 1:30 a.m. this morning, Plaintiff apparently electronically filed a "Statement Regarding Discovery", which purports to address some of the issues set forth in AlliedBarton's Motion to Compel, including issues that were discussed among counsel during Plaintiff's July 20, 2009 deposition, at which I appeared on behalf of AlliedBarton. Since I participated in the July 20, 2009 discussion with Plaintiff's counsel and I was also the attorney who discussed the issues set forth in AlliedBarton's Motion to Compel with Plaintiff's counsel previously, we believe it would be beneficial to the Court for me to participate in the July 29, 2009 hearing.

In light of the above, including Plaintiff's late filing of a response to AlliedBarton's Motion to Compel and For Costs and my location in Georgia, Defendant AlliedBarton is respectfully requesting that the Court allow me to participate in the July 29, 2009 hearing on behalf of AlliedBarton via telephone.

Sincerely,

MARTENSON, HASBROUCK & SIMON LLP

*Donna L. Keeton*

Donna L. Keeton

*[SEAL: IT IS SO ORDERED / Judge James Larson / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

Hon. James Larson
July 28, 2009
Page 2


cc:    Sangeeta Singal, Esq. (via ECF)
       Jerome Schreibstein, Esq. (via ECF)
       Nancy Berner, Esq. (via ECF)
       Marty N. Martenson, Esq. (via ECF)