UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZATREA EVANS,<br><br>            Plaintiff,<br><br>       v.<br><br>ALLIED BARTON SECURITY<br>SERVICES, LLP et al.,<br><br>            Defendants.<br>_____/ | No. C 08-4993 MMC (JL)<br><br>**DISCOVERY ORDER**<br>**(Granting Docket # 55; Granting in Part and Denying without Prejudice in part # 43)** |

All discovery in this case has been referred by the district court (Hon. Maxine M. Chesney), pursuant to 28 U.S.C. §636(b). Defendants' motions to compel discovery (Docket #s 43 and 55) came on for hearing. Sangeeta Singal appeared for Plaintiff. Nancy G. Berner, Carlton DiSante & Freudenberger LLP , San Francisco, and Donna Lynn Keeton, Martenson, Hasbrouck & Simon LLP, Atlanta, Georgia, (by telephone) appeared for Defendant Allied Barton Security Services. Jerome Schreibstein, Law Office of Jerome Schreibstein, San Francisco, appeared for Defendants Bayer Healthcare and Christopher Loo. The Court carefully considered the moving and opposing papers and the arguments of counsel and hereby grants the motion and further orders as follows:

1. The parties shall within 10 days of issuance of this order prepare and execute a stipulation that discovery in this case will not be duplicated should the matter be remanded to state court, and further that the federal limitations

shall govern the number of interrogatories and documents and the length of Plaintiff's deposition;

2. Defendants' motion to compel answers to interrogatories and production of documents is granted - Plaintiff shall respond within 10 days of issuance of this order;

3. Defendants Bayer Healthcare and Christopher Loo may depose Plaintiff up to seven hours, in addition to her deposition of July 20. The Court finds this to be justified in light of the exceptional circumstances of this case. Plaintiff filed in Superior Court a 50-page complaint alleging 15 distinct causes of action. Furthermore, although Plaintiff was deposed for seven hours by Defendant Allied Barton Security Services, Defendants Bayer and Loo did not participate in this deposition. The parties shall agree on a date and schedule the deposition to take place on or before August 10, 2009, unless Judge Chesney extends the discovery cut-off. This Court would support a request for such an extension.

4. Defendant Allied Barton Security Services shall provide disclosures to Plaintiff pursuant to Rule 26, Federal Rules of Civil Procedure, within ten days of issuance of this order.

5. Defendants' motion for costs is denied without prejudice to their filing a separate noticed motion as required by Civil Local Rule 7-8.

IT IS SO ORDERED.

DATED: July 29, 2009

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\08-4993\Order re 43, 55.wpd