IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZATREA EVANS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLIEDBARTON SECURITY SERVICES, LLP, et al.,<br><br>    Defendants.<br>_____/ | No. C-08-4993 MMC<br><br>**ORDER GRANTING REQUESTS TO EXTEND DEADLINES; REFERRING TO MAGISTRATE JUDGE LARSON REQUEST FOR ORDER COMPELLING ATTENDANCE AT DEPOSITION; REFERRING TO MAGISTRATE JUDGE SPERO REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |

    Before the Court is defendants Bayer HealthCare LLC ("Bayer") and Christopher K. Loo's ("Loo") "Motion to Modify Case Management Dates and for Related Relief," filed August 5, 2009. No opposition has been filed. Having read and considered the papers filed in support of the motion, the Court rules as follows.

    1. To the extent Bayer and Loo seek an extension of the non-expert discovery cutoff to September 25, 2009, the motion is hereby GRANTED.

    2. To the extent Bayer and Loo seek an extension of the dispositive motions filing cutoff to October 23, 2009, the motion is hereby GRANTED.

    3. To the extent Bayer and Loo seek an order compelling plaintiff to submit to a deposition of up to seven hours on September 3, 2009, at the office of counsel for Bayer and Loo, the motion is hereby REFERRED to Magistrate Judge James Larson, to whom all discovery matters previously were referred.

4. To the extent Bayer and Loo seek to vacate the September 8, 2009 Settlement Conference set by Magistrate Judge Joseph C. Spero and to continue such conference to a date after the determination of any dispositive motions and no later than December 17, 2009, the Court's reference to Magistrate Judge Spero is hereby AMENDED to provide for a settlement conference within such later time period, and the request to vacate and reset is hereby REFERRED to Magistrate Judge Spero.

**IT IS SO ORDERED.**

Dated: August 13, 2009

MAXINE M. CHESNEY
United States District Judge