JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendants
BAYER HEALTHCARE LLC and
CHRISTOPHER K. LOO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZATREA EVANS, | CASE NO. CV 08 4993 MMC JL |
| Plaintiff, | [PROPOSED] ORDER COMPELLING PLAINTIFF TO ATTEND DEPOSITION AS NOTICED BY BAYER HEALTHCARE LLC AND CHRISTOPHER K. LOO |
| vs. | |
| ALLIED BARTON SECURITY SERVICES LLP, BAYER HEALTHCARE, JOHN FISTER, KELLY MURCRAY, CHRIS LOO, SARGEANT JOHNSON, JASON KANEFKSY, MARLON STEVENS, ARCHIE BRUMFIELD, HERBERT WILLIAMS, and DOES 1-100, | |
| Defendants. | |

### ORDER

This matter is before this Court on the referral of District Court Judge Maxine M. Chesney (Docket # 68).

Defendants Bayer Healthcare LLC (at times, "Bayer") and Christopher K. Loo (collectively, herein, for ease of reference, at times, "Bayer/Loo") previously moved this Court, on two separate occasions (Dockets # 52 and # 55), for an order compelling Plaintiff to attend deposition under their June 9, 2009 Notice of Deposition and Request for Production of Documents at Deposition (the "Deposition Notice").

1

ORDER COMPELLING PLAINTIFF TO ATTEND DEPOSITION AS NOTICED BY BAYER HEALTHCARE LLC AND CHRISTOPHER K. LOO; Case No. CV 08 4993 MMC JL

1  On July 29, 2009, this Court issued a Discovery Order (Docket # 61) adjudicating such disputes. In that Order, among other things, this Court ordered Plaintiff to submit for an additional (up to) 7 hours of deposition inquiry by Bayer and Loo to be completed by August 10, 2009, unless the then current August 10, 2009 percipient discovery cut-off date were extended. This Court also opined that it would support to Judge Chesney an extension of such date.

Bayer/Loo then attempted to (a) seek Plaintiff's stipulation to extend the discovery cut-off date and set a mutually convenient time for deposition, or (b) conduct the deposition in conformance with the August 10, 2009 discovery cut-off date. Plaintiff failed to respond to both those requests and thus violated this Court's Discovery Order (Docket # 61).

Accordingly, Bayer/Loo filed a Motion to Modify Case Management Dates and for Related Relief before Judge Chesney (Docket # 63) seeking, among other things, to (1) modify the previously set August 10, 2009 percipient discovery cut-off date, and (2) again compel Plaintiff to appear at deposition. On August 13, 2009, Judge Chesney issued an Order (Docket # 68) Granting Requests to Extend Deadlines; Referring to Magistrate Judge Larson Request for Order Compelling Attendance at Deposition; Referring to Magistrate Judge Spero Request to Continue Settlement Conference.

Accordingly, this Court hereby ORDERS Plaintiff to appear for up to seven additional hours of deposition by Bayer/Loo to be conducted on September 8, 2009, commencing at 9:30 a.m., at the office of counsel of record for Bayer/Loo. At such deposition, Plaintiff shall additionally comply with the requests for documents as made by Bayer/Loo in their Deposition Notice.

IT IS SO ORDERED.

Dated: August 19, 2009

_____
JAMES LARSON
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

LOJS/1058026/6954358v.1

2

- ORDER COMPELLING PLAINTIFF TO ATTEND DEPOSITION AS NOTICED BY BAYER HEALTHCARE LLC AND CHRISTOPHER K. LOO; Case No. CV 08 4993 MMC JL