JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendants
BAYER HEALTHCARE LLC and
CHRISTOPHER K. LOO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZATREA EVANS, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED BARTON SECURITY SERVICES LLP, BAYER HEALTHCARE, JOHN FISTER, KELLY MURCRAY, CHRIS LOO, SARGEANT JOHNSON, JASON KANEFKSY, MARLON STEVENS, ARCHIE BRUMFIELD, HERBERT WILLIAMS, and DOES 1-100, <br><br> Defendants. | CASE NO. CV 08 4993 MMC JL <br><br> **[PROPOSED]** ORDER GRANTING BAYER HEALTHCARE LLC'S AND CHRISTOPHER K. LOO'S MOTION TO VACATE CASE MANAGEMENT DATES AND SET EXPEDITED HEARING FOR MOTION(S) ON TERMINATING AND MONETARY SANCTIONS |

## ORDER

This Court, having considered Bayer HealthCare LLC's and Christopher K. Loo's Motion to Vacate Case Management Dates and Set Expedited Hearing for Motion(s) on Terminating and Monetary Sanctions, ~~and timely responses~~ and no opposition having been filed, hereby Orders all currently set Case Management Conference Dates vacated. This Court further sets on for hearing Motion(s) on Terminating and Monetary Sanctions for  November 6 , 2009 at  9:00  a.m./~~p.m.~~  All Motion papers are to be filed by  October 2, 2009 ; any opposition shall be filed by  October 16, 2009 ; and any reply papers shall be filed by  October 23, 2009 .

1

ORDER GRANTING BAYER'S AND CHRISTOPHER K. LOO'S MOTION TO VACATE CMC DATES & SET EXPEDITED HRG. FOR MTNS. ON TERMINATING/ MONETARY SANCTIONS (Case No. CV 08 4993 MMC)

**IT IS SO ORDERED**

Dated: September 16, 2009

By: 
Hon. Maxine M. Chesney