IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZATREA EVANS, | No. C 08-4993 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE LARSON DEFENDANTS' MOTIONS FOR SANCTIONS** |
| v. | |
| ALLIEDBARTON SECURITY SERVICES, LLP, et al., | |
| Defendants / | |

Pursuant to Civil Local Rule 72-1, defendants AlliedBarton Security Services, LLP and Kelly Murcray's "Motion for Terminating and Monetary Sanctions Against Plaintiff," and defendants Bayer Healthcare LLC and Christopher K. Loo's "Motion for Terminating and Monetary Sanctions," each filed October 2, 2009, are hereby REFERRED to Magistrate Judge James Larson[1] for either determination or a report and recommendation, as appropriate.[2]

The parties will be advised of the next appearance, if any, by Magistrate Judge Larson's chambers.

**IT IS SO ORDERED**.

Dated: October 23, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] All discovery-related matters previously were referred to said Magistrate Judge.

[2] Accordingly, the hearing on both motions previously scheduled for November 6, 2009 is vacated.