IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZATREA EVANS,

        Plaintiff,

  v.

ALLIEDBARTON SECURITY SERVICES, LLP, et al.,

        Defendants.

No. CV-08-4993 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendants' motions for terminating and monetary sanctions are hereby GRANTED in part and DENIED in part as follows:

1. To the extent the motions seek terminating sanctions, the motions are hereby GRANTED, and the above-titled action is hereby DISMISSED with prejudice pursuant to Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure.

2. To the extent the motions seek an award of monetary sanctions against Singal, the motions are hereby GRANTED. Specifically, Singal is hereby ordered to pay to AlliedBarton sanctions in the amount of $6952.22, and to Bayer sanctions in the amount of $9788.30, such sanctions representing in each instance, the costs and attorneys' fees respectively incurred by said defendants by reason of Singal's participation in the above-referenced sanctionable conduct.

3. To the extent the motions seek an award of monetary sanctions against plaintiff, the motions are hereby DENIED.

Dated: January 5, 2010                                   Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk