IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZATREA EVANS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLIED BARTON SECURITY SERVICES, LLP, et al.,<br><br>    Defendants.<br>_____/ | No. C-08-4993 MMC<br><br>**DIRECTIONS TO CLERK** |

The Court is in receipt of plaintiff's Application to Proceed In Forma Pauperis, filed February 3, 2010, to which plaintiff has attached a bank card bearing one of plaintiff's financial account numbers.

The Clerk of Court is hereby DIRECTED to file said exhibit under seal. <u>See</u> Civil L.R. 3-17(a)(4).

**IT IS SO ORDERED.**

Dated: February 5, 2010

MAXINE M. CHESNEY
United States District Judge