IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZATREA EVANS,

        Plaintiff,

  v.

ALLIEDBARTON SECURITY SERVICES, LLP, et al.,

        Defendants
                                        /

No. C-08-4993 MMC

**THIRD ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

     On February 26, 2010, plaintiff electronically filed a reply in support of her motion to alter or amend the judgment, as well as an affidavit in support thereof. Additionally, on February 26, 2010, plaintiff electronically filed a reply in support of her motion to disqualify or recuse, as well as an affidavit in support thereof. Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

     Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by submitting, no later than Friday, March 5, 2010, a chambers copy of

the above-referenced documents.

The Court has previously advised plaintiff of her failure to comply with General Order 45 and the Court's Standing Order in connection with earlier-filed documents. (<u>See</u> Order, filed May 13, 2009; Order, filed October 22, 2009.) Such reminders appear to have had little to no effect on compelling compliance therewith.

Parties are expected to comply with court rules without repeated reminders. Accordingly, plaintiff is hereby advised that the Court will impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: March 4, 2010

MAXINE M. CHESNEY
United States District Judge