IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZATREA EVANS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLIED BARTON SECURITY SERVICES, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C-08-4993 MMC<br><br>**ORDER AWARDING FEES TO DEFENDANTS ALLIEDBARTON SECURITY SERVICES LP AND KELLY MURCRAY** |

    By Order filed April 21, 2010 the Court granted in part and deferred ruling in part on defendants AlliedBarton Security Services LP and Kelly Murcray's Rule 11 Motion for Sanctions Against Plaintiff's Counsel, filed March 10, 2010, by which motion defendants sought, as against plaintiff's counsel, Sangeeta Singal ("Singal"), an award of sanctions in the form of attorneys fees in the amount of $5052.50.  Specifically, by said Order, the Court found defendants are entitled to reasonable fees incurred in having to oppose two post-judgment motions filed by Singal and for having to bring the above-referenced motion for sanctions, but deferred ruling as to the amount of such sanctions and afforded Singal the opportunity to contest the amount sought.  Singal's response with respect to such amount was to be filed no later than May 5, 2010.  No such response has been filed.

    The Court having reviewed defendants' showing as to the specific amount of fees

sought, finds the number of hours expended and the hourly rate applied are, in each instance, reasonable.

Accordingly, defendants are hereby awarded as against Singal sanctions, in the form of attorneys' fees, in the amount of $5052.50.

**IT IS SO ORDERED.**

Dated: May 27, 2010

MAXINE M. CHESNEY
United States District Judge